**Exhibit A to the Complaint**

**Location:** Pottstown, PA  
**Total Works Infringed:** 37  
**IP Address:** 71.230.47.204  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 8BB2F75802F49EFD75678A239850423D72452F3F<br>File Hash: 1688FFDC65F24CFFA8F839CF55DEA19B5162AF79B2B182D1EA31F39F3C208CDE | 01-18-2022 01:08:57 | Blacked | 12-06-2019 | 12-17-2019 | PA0002217665 |
| 2 | Info Hash: 025477E817FDAD26E20E85603DCEC00D1BD5DA68<br>File Hash: 211F5C323C06C8C41A64998676FDCC2C3172142328F132032DFA9CC295E47786 | 01-17-2022 20:04:21 | Blacked | 09-02-2018 | 11-01-2018 | PA0002143413 |
| 3 | Info Hash: C75D2E32CF8D8B2AC61DA56AA33AEE3C70EE140D<br>File Hash: C3E645E8791B6FC72B8EA87A264B234AEF1523F9E8B8D6318D72E9DFE9594D45 | 01-17-2022 17:57:30 | Tushy | 08-04-2018 | 09-01-2018 | PA0002119573 |
| 4 | Info Hash: F4C62F1FD6F96D354A206B3C071BC30B0FCF3492<br>File Hash: 6C13119810306D9687576AA11BBF42B39F59647A38D5BD760B9DBB22CBEB6013 | 01-10-2022 17:54:41 | Tushy | 05-16-2019 | 07-05-2019 | PA0002206381 |
| 5 | Info Hash: 3000CA5DB618894F3AE2C4F4EA9962D7268B229A<br>File Hash: E6C211C3E5285BF205B45A674A4CCD75A6773E497C15559E781D1B30CACA34DA | 01-01-2022 16:42:04 | Blacked Raw | 09-24-2019 | 10-07-2019 | PA0002205464 |
| 6 | Info Hash: D513F1B4A7C6B72B1F1CE73FCC38227A6251E4CA<br>File Hash: B1A9B067D965F663167F374E2A324CC6DF97235052305D2DF8D2BFA75A6CE26A | 01-01-2022 16:40:07 | Blacked | 06-24-2017 | 07-07-2017 | PA0002070822 |
| 7 | Info Hash: ECEC874C21239A30F35D90C14D825619A4E8486A<br>File Hash: 3BF2821EC208F96DCFAB5AEC6A0A782BA4D4E7896DA939247644E14885C28509 | 12-31-2021 04:23:17 | Blacked Raw | 08-20-2018 | 09-05-2018 | PA0002135002 |
| 8 | Info Hash: 9E7AC67ED84D7D04BF3CC582B9C85202AE696326<br>File Hash: F2A48655FBEF5FF6669D03A8713DF2668EB11CC499D2C41070BF7E2378288216 | 12-30-2021 17:09:56 | Blacked | 04-05-2017 | 06-05-2017 | PA0002052859 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 90AF3C86FC0ECD0146DDFE57BFEAA4E26D079194<br>File Hash: 6C07F7106D560D21F03E3A88304E502368948D9E4E838909E453898AD6BEBA00 | 12-24-2021 06:09:38 | Blacked Raw | 07-06-2019 | 08-02-2019 | PA0002192304 |
| 10 | Info Hash: 4F3CAA9D7D8185F294DFF09E8276BDEC62D8A41C<br>File Hash: 919E33445946B2E47A9223CBBA2E2666E8F11A358771039219D7B4160EB14A31 | 12-24-2021 06:09:15 | Blacked Raw | 08-31-2020 | 09-05-2020 | PA0002255473 |
| 11 | Info Hash: 65A0D2D0B9BD9351FC9D7BE5BFA53F9FD4B3D1B4<br>File Hash: 7D6F2477756F504E1ED8DBC7F6A43EC54347DD51854283EC7BC94F8149A6EDCE | 12-24-2021 06:09:15 | Vixen | 01-04-2020 | 01-27-2020 | PA0002223959 |
| 12 | Info Hash: F011B5C1E76C5CD712DADA5DF9CE66184EAA72B2<br>File Hash: 9A63B663DD43205E88F862BBC956987D0E51AE9C368621C6C3BEC154DFE58488 | 12-24-2021 02:26:44 | Blacked | 10-17-2017 | 11-27-2017 | PA0002097981 |
| 13 | Info Hash: C57A12522E397BD759570CF121BA12331C01D6AF<br>File Hash: DABBD34ECFDE30CCF6F078604656599120FE37F7421166A4E267C0EA1DE146AC | 12-23-2021 17:40:20 | Blacked Raw | 11-08-2018 | 12-10-2018 | PA0002145833 |
| 14 | Info Hash: 7AA9EE0B623B3876BDBBB4854D311BA014697009<br>File Hash: 577DD7CC610D0E87E1C3540C9B8C3AC9468189E7F0EDCD628D3AD9AAC0E2209B | 12-20-2021 15:26:05 | Blacked | 11-11-2017 | 11-27-2017 | PA0002098000 |
| 15 | Info Hash: A431C96503B22EE18A5B1B4CDD3B9C8D90B76FC2<br>File Hash: 0E10287CB4A4360E1ED994303254EBE86DC5EAA9C9B99DBC409534285017716D | 12-20-2021 15:25:10 | Blacked | 01-10-2018 | 01-15-2018 | PA0002070942 |
| 16 | Info Hash: 6A49A11B13EF590A40FF5301E0376A2FB277D641<br>File Hash: C3C755A26B625D3D20995FCF8C88BEC28BDEC365CF0333DFC275F3EF8D7B50A7 | 12-20-2021 15:24:00 | Blacked | 09-22-2018 | 11-01-2018 | PA0002143419 |
| 17 | Info Hash: 8696CBEFBA695E7BFFE7E150752B613BEDD22114<br>File Hash: 884B2F88AA67231FC2FE5E7FEE7D753C67FC05F46B7454A7F5E35BBB8059119A | 12-19-2021 03:51:17 | Blacked | 12-18-2021 | 01-17-2022 | PA0002330124 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 1D8C99B00AD138010A90E2C90CAF50FD026C7A08<br>File Hash: 401885011E3BCE8CA80559E5B6FB73D5125A715B86CB32A6EBF7E8ECAC5E1CCE | 12-16-2021 22:41:24 | Blacked | 10-17-2018 | 10-28-2018 | PA0002130456 |
| 19 | Info Hash: AEA2A54A10B734C86EA9A7997223B49989896BE2<br>File Hash: 41041503E1C182A4AAAF199D41D54B74439B9907271000EF4C8CEF9F1DE3998C | 12-11-2021 09:19:19 | Tushy | 07-04-2021 | 07-08-2021 | PA0002300663 |
| 20 | Info Hash: BCBD8FAF1DB6CBFA47BF0C1255C8AC1654C2ECAA<br>File Hash: DC9C7AF7C5D6B7CB9A62E46C3E775F52B2D54577D11AEF7850CB200CF1E443CB | 12-11-2021 05:36:04 | Blacked | 12-04-2021 | 12-09-2021 | PA0002325833 |
| 21 | Info Hash: 727C2698471403826A0D17EAF0010FFEAD561BCC<br>File Hash: D9812DE8B99DBA8CDD8EF04CC5E2BFA310CA71BF155F2C5CC8D38E14C2017017 | 12-09-2021 18:14:01 | Blacked Raw | 07-16-2019 | 08-02-2019 | PA0002192306 |
| 22 | Info Hash: 4B748C4CCA41D08C71EA157D0882DE909135FA46<br>File Hash: 80CB60DBD749B5F9DA57BBC02A0B5BA203E1E45EE6BEDB57BC0EBBDAEA800FF3 | 11-28-2021 21:36:19 | Vixen | 06-11-2021 | 06-24-2021 | PA0002303166 |
| 23 | Info Hash: 0E4CACEDCCDF0CEAF44A2BE0EC857587D35EA57A<br>File Hash: CE825ED8394023946EA5073AD8CD9A7095F4B9B6F597C02D4CB498375948662B | 11-22-2021 19:25:38 | Blacked | 11-20-2021 | 12-09-2021 | PA0002325817 |
| 24 | Info Hash: 4B9E0DF0E3594DC1E77FE5C08FA2A6FEA65979DC<br>File Hash: 6D0B00FE6045563EFFA36214E2784DFAE617E37E8DBCA72A35C1F9D1D75D314F | 11-10-2021 04:09:42 | Blacked Raw | 02-26-2019 | 03-31-2019 | PA0002163980 |
| 25 | Info Hash: 58E59EA364F324296007E16F9F488A1E0DA5D933<br>File Hash: 9FF576136408AC0312144C093118DC1707CFC6B57A4825DD6A43896D0E78468D | 11-09-2021 04:32:11 | Blacked | 10-23-2021 | 11-11-2021 | PA0002321276 |
| 26 | Info Hash: 2369DA2EA39DD17E91F2F55D81946629A7872B9E<br>File Hash: DC064752573A2022E4D177464D8CF99257640F88BD2CF8277CA68C4479A71323 | 11-09-2021 04:28:50 | Blacked | 11-06-2021 | 11-11-2021 | PA0002321284 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 0B20D0F044F9E1FEDFD0715E8A9208D30590133E<br>File Hash: E57854D7F55E65BC990A4574B4F10BA1C21C57C434E79D9162DFA99C412CDC34 | 11-08-2021 03:31:42 | Blacked Raw | 11-01-2021 | 11-11-2021 | PA0002321320 |
| 28 | Info Hash: B5914DE7FC076F4B70CA7EC8D44009E18051C2FB<br>File Hash: 9E66B61434C8922F9832D50F9C49AB1E49F11C80E79615285C9C1216EAFACA90 | 11-08-2021 02:59:28 | Blacked | 10-30-2021 | 11-11-2021 | PA0002321300 |
| 29 | Info Hash: BE5697662378975BF0EFE5B6831E82E47CC543AB<br>File Hash: 10D5CD95662529FF0E5FAAF062A0B7D241509D13A010C009220C91DDA85D7B62 | 11-08-2021 02:47:20 | Vixen | 11-05-2021 | 11-11-2021 | PA0002321282 |
| 30 | Info Hash: FF7A248CB1917FE0B640DF3BAF9478EE988C020E<br>File Hash: 63738DCB991394F33CAE976CF9E706725031BEB6577331314D6D38993309080C | 10-18-2021 00:41:59 | Blacked | 10-09-2021 | 10-19-2021 | PA0002317059 |
| 31 | Info Hash: 3777B1D1DEAB912371BAB2EB00A80A71AE9DF046<br>File Hash: 8416F84733F25D958C071C250C42F9CF58200F63B370350D2B9DFE463E91C4E8 | 10-12-2021 03:04:25 | Blacked | 04-03-2021 | 04-14-2021 | PA0002286725 |
| 32 | Info Hash: E80911DFB9A223C1D65056D1A4E2AD4B8EAFE8D9<br>File Hash: 4FAEE6CF727194788E1E339165C431B7DEC10D918A13820CECE400DECA50CDD9 | 09-26-2021 05:20:48 | Tushy | 09-13-2021 | 10-05-2021 | PA0002315290 |
| 33 | Info Hash: AE239D62AECAF3E11B72744CA93C44F09BAECD9C<br>File Hash: 6B4C4CD4D964230FA2015B2EC284EBE46D07C20601BAA85EACA54D4B3B52BEA3 | 09-22-2021 02:04:46 | Blacked Raw | 02-11-2018 | 03-02-2018 | PA0002104740 |
| 34 | Info Hash: 629542B40FD50A432C38A29B4A3AA82E94A73A66<br>File Hash: EAC5CFD35E787C5BCCAE02653E10F3E87A0947405629A0E06AB2A1738E5A894B | 09-22-2021 01:59:49 | Blacked | 01-15-2018 | 01-24-2018 | PA0002101768 |
| 35 | Info Hash: F6288D8843D03BB11986B571B5B482AA50E750AF<br>File Hash: 785782EC1A5F128DF0AF9451AEABAC837FCDD2BF381AD1AC9FFAFE26748D563C | 09-21-2021 00:11:00 | Blacked | 09-18-2021 | 10-05-2021 | PA0002315291 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 95CE8FC9995512C1376E50826F5B4E44B0E5D8AD<br>File Hash: 31DF0005E5E991AE9D3F6056712C424E8D3AC8BC44E29DA31AC3C255F2F7E712 | 09-16-2021 15:42:17 | Blacked | 09-13-2021 | 10-05-2021 | PA0002315289 |
| 37 | Info Hash: A49EE756D34A89C41FE77B65408E50C945724CBD<br>File Hash: C0E7DBA8FAC2A125D33DF2B1F21FC81E5E61DDC85DAA378BEE9E35E3D3E27C91 | 09-13-2021 03:39:51 | Blacked | 01-09-2021 | 02-09-2021 | PA0002276152 |